IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN MANUEL MONTENEGRO, | ) | No. C 11-0395 LHK (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| UNKNOWN, | ) | |
| Defendant. | ) | |

On January 27, 2011, Plaintiff, a state prisoner proceeding *pro se*, filed a letter with the Court. That same day, the Court sent a notification to Plaintiff informing him that he did not file a complaint, nor a completed in forma pauperis application, nor did he pay the required filing fee. The Court provided a copy of the in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to file a complaint, pay the fee, or file a completed application with supporting documentation within thirty days. To date, Plaintiff has not communicated with the Court. As Plaintiff has not filed a complaint, completed an in forma pauperis application, or paid the filing fee, this case is DISMISSED without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:   3/2/11

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.11\Montenegro395dis.wpd