IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN MANUEL MONTENEGRO, ) | No. C 11-0395 LHK (PR) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| UNKNOWN, ) | |
| Defendant. ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/2/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.11\Montenegro395jud.wpd